NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-4089
                                         )
JOHN E. GRANVILLE,                       )
                                         )
            Appellee.                    )
                                         )
_____)

Opinion filed September 5, 2018.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellant.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellee.



PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.